UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUN LAN,<br><br>      Plaintiff,<br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>      Defendants. | Civil Action No. 1:26-cv-00917<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 1 – SEALED DOCUMENT**

  This document is being filed under seal with a motion for leave to file documents under Seal. A full version of **Exhibits 1** will be filed separately under seal and will remain under seal until further order of this court.

DATED January 27, 2026              Respectfully submitted,

                            By: /s/ Xiyan Zhang
                             Xiyan Zhang
                             Stratum Law LLC
                             18 Campus Blvd. Ste. 100
                             Newtown Square, PA 19073
                             Phone# (215) 395-8756
                             Bar# 5052642
                             xzhang@stratumlaw.com
                             *Counsel for Plaintiff*