**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DUN LAN,<br><br>                           Plaintiff,<br>      v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>                        Defendants. | Civil Action No. 1:26-cv-00917<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 2 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of **Exhibits 2** will be filed separately under seal and will remain under seal until further order of this court.

DATED January 27, 2026                               Respectfully submitted,

                                       By: /s/ Xiyan Zhang
                                          Xiyan Zhang
                                          Stratum Law LLC
                                            18 Campus Blvd. Ste. 100
                                            Newtown Square, PA 19073
                                            Phone# (215) 395-8756
                                            Bar# 5052642
                                            xzhang@stratumlaw.com
                                            *Counsel for Plaintiff*