JIANQUN ZHANG,

                    Plaintiff,

          v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                    Defendants.

Civil Action No. 1:26-cv-00745

JURY TRIAL DEMANDED

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Before the Court is Jianqun Zhang's ("Plaintiff") Motion requesting leave to file the following documents under seal: (1) Schedule A to the Complaint which lists the Online Marketplace Accounts identified in Schedule A (collectively, the "Defendant Internet Stores"); (2) Exhibits 1 to the Complaint which contains Defendants' product listings; (3) Exhibit 2 to the Complaint which contains Plaintiff's Patent; (4) Exhibit 3 to the Complaint which contains the receipts and delivery confirmations of Defendants' infringing products; (5) Exhibit 4 to the Complaint which contains claim charts comparing Defendants' infringing products to the Plaintiff's Patent; and (6) Plaintiff's *Ex Parte* Motion for Entry of A Sealed Temporary Restraining Order and Other Relief. In  Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order.  If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with

this Court's power to grant relief.

Finding good cause, the Court hereby GRANTS Plaintiff's Motion to File (1) Schedule A to the Complaint which lists the Online Marketplace Accounts identified in Schedule A (collectively, the "Defendant Internet Stores"); (2) Exhibits 1 to the Complaint which contains Defendants' product listings; (3) Exhibit 2 to the Complaint which contains Plaintiff's Patent; (4) Exhibit 3 to the Complaint which contains the receipts and delivery confirmations of Defendants' infringing products; (5) Exhibit 4 to the Complaint which contains claim charts comparing Defendants' infringing products to the Plaintiff's Patent; and (6) Plaintiff's *Ex Parte* Motion for Entry of A Sealed Temporary Restraining Order and Other Relief.

IT IS SO ORDERED.

Dated _____, 2026          _____

United States District Judge